# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SHARON J. NASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cv-419 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 31, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued an eleven-page Report and Recommendation ("R&R") [Doc. 16], in which he recommended that plaintiff's Motion for Judgment on the Pleadings to Reverse the Commissioner's Decision ("Motion for Judgment on the Pleadings") [Doc. 12] be denied and the Commissioner's Motion for Summary Judgment [Doc. 14] be granted. The deadline for timely objections has passed with no such objections having been filed. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby plaintiff's Motion for Judgment on the Pleadings [Doc. 12] is **DENIED** and the Commissioner's Motion for Summary Judgment [Doc. 14] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge